IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| IN THE MATTER OF: | ) BK. NO.  15-41156-TLS |
| | ) |
| JORDAN M KOERWITZ | ) CHAPTER 13 |
| SSN: ###-##-3685 | ) |
| | ) |
| | ) |
| | ) |
| **Debtor.** | |

**TRUSTEE'S NOTICE TO CLAIMANT and DEBTOR CONCERNING RECENT SUPPLEMENT TO CLAIM**

**COMES NOW, KATHLEEN A. LAUGHLIN**, Chapter 13 Trustee, and serves this notice on the debtor and the debtor's counsel pursuant to Federal Bankruptcy Rule 3002.1 in the above captioned case

1. The Trustee has received notice that a mortgage lender has filed a supplement to its proof of claim pursuant to Federal Rule of Bankruptcy Procedure 3002.1(d).  This document suggests that you owe an additional post-petition fee, expense, or charge.  You are hereby notified that the Trustee does not consider this supplement to constitute an amendment or modification of the original proof of claim or of the amount, if any, identified in the original proof of claim as the amount of arrearage or other charges owed as of the time the case was filed.  Consequently, amounts identified in the supplement as post-petition changes or charges will not be paid by the Chapter 13 Trustee.  Furthermore, you are notified that the Trustee will make no review of, or objection to, any amount identified in this supplement.  Although you have the right to request a hearing on whether payment of any claimed fee, expense, or charge is required by the underlying agreement or applicable law, you have only a limited time within which to do so.  Consequently, the Trustee strongly advises you to contact your bankruptcy counsel immediately about this matter.

    Dated:  September 30, 2015

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the Trustee's Report to the Court was served on DAVID P LEPANT, debtor attorney via the CM/ECF system of the United States Bankruptcy Court and a copy was mailed on September 30, 2015, by first-class, U.S. mail, postage prepaid to the Debtor and the Creditor at the address listed below:

| | |
|---|---|
| JORDAN M KOERWITZ | STONEGATE MORTGAGE |
| 1209 MONROE ST | 4849 GREENVILLE AVENUE, |
| BEATRICE, NE 68310 | SUITE 800 |
| | DALLAS, TX 75206 |

                                           s/ Kathleen A. Laughlin
                                           Kathleen A. Laughlin

SouthLaw, P.C.
6363 College Blvd., Suite 100
Overland Park, KS 66211